

Dated: November 20, 2015
The following is ORDERED:

Janice D. Loyd
U.S. Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| TIMOTHY LORN ALBRO, | ) |
|     Debtor | ) Case No. 14-12627 |
| | ) (Chapter 13) |
| RANDALL SANER and | ) |
| CHARLES SANER, | ) |
|     Plaintiffs | ) Adversary No. 14-1075 |
| | ) |
| TIMOTHY LORN ALBRO | ) |
|     Defendant | ) |

### AGREED JUDGMENT

The parties announce that they have reached an agreement resolving all of the issues before the Court in this Adversary Proceeding. The parties agree that the sum of $95,000.00, plus interest at the state judgment rate from the date of March 7, 2012, to the date of this Order, plus interest at the state judgment rate from the date of this Order until paid in full, will be deemed non-dischargeable in this bankruptcy, and any future bankruptcy actions, and said judgment shall be paid at the rate of $1,000.00 per month, beginning at the discharge or dismissal of this case, until paid in full, with a credit for any payments to Plaintiffs during the Plan.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that judgment render

B 15-077

against the Debtor, Timothy Albro, and in favor of Plaintiffs Randall Saner and Charles Saner, in the sum of $95,000.00, plus interest at the state judgment rate from the date of March 7, 2012, to the date of this Order, plus interest at the state judgment rate from the date of this Order until paid in full, that said judgment is deemed non-dischargeable in this bankruptcy, and any future bankruptcy actions, and said judgment shall be paid at the rate of $1,000.00 per month, beginning at the discharge or dismissal of this case, until paid in full, with a credit for any payments to Plaintiffs during the Plan. All findings of fact are based upon representation of counsel.

**IT IS THEREFORE ORDERED BY THE COURT.**

Approved:

/s/ Jerry L. Colclazier
Jerry L. Colclazier, OBA# 13814
Lloyd B. Palmer, OBA# 21899
COLCLAZIER & ASSOCIATES
404 North Main Street
Seminole, OK 74868
Telephone: (405)382-1212
Facsimile: (405)382-1214
Counsel for the Saners

/s/ Pat Garrett
Pat Garrett, OBA# 11196
Pat Garrett, PLLC
212 East Second Street
Edmond, OK 73034
Telephone: (405)204-7841
Counsel for the Debtor

/s/ Linda Ruschenberg
Linda Ruschenberg, OBA #12842
P.O. Box 1948
321 Dean A. McGee Ave.
Oklahoma City, OK 73101-1948
(405) 236-4843
(405) 236-1004 (fax)
13trustee@chp13okc.com
Attorney for Chapter 13 Trustee